UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AVERY SIMMONS, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTSONS COMPANIES, LLC, d/b/a ) <br> HAGGEN FOOD AND PHARMACY, a ) <br> Delaware corporation, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 3:18-cv-5522 <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Albertsons Companies, LLC, erroneously named as Defendant Albertsons Companies, LLC d/b/a Haggen Food and Pharmacy submits the following corporate disclosure:

Albertsons Companies, LLC is a wholly-owned subsidiary of Albertsons Holdings LLC, which is a wholly-owned subsidiary of AB Acquisition LLC, a privately-held company. No publicly-held corporation owns 10% or more of the stock of either Albertsons Companies, LLC or Haggen Food and Pharmacy.

DATED: June 27, 2018

LANE POWELL PC


By */s Priya B. Vivian*
D. Michael Reilly, WSBA No. 14674
Priya B. Vivian, WSBA No. 51802
Email: reillym@lanepowell.com
vivianp@lanepowell.com

CORPORATE DISCLOSURE STATEMENT - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

131730.0002/7320774.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Attorneys for Defendant Albertsons Companies, LLC, erroneously named Defendant Albertsons Companies, LLC, d/b/a Haggen Food and Pharmacy

CORPORATE DISCLOSURE STATEMENT - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

131730.0002/7320774.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.  I hereby certify that the following document was sent to the following CM/ECF participant:

Aaron Rocke
Rocke Law Group, PLLC
101 Yesler Way
Suite 603
Seattle WA 98104
E-mail: aaron@rockelaw.com

and I hereby certify that I have served the document on the following non-CM/ECF participants in the manner and addressed as follows:

| | | |
|---|---|---|
| Rachel Bender | ☐ | by **Electronic Mail** |
| Bender Law PLLC | ☐ | by **Facsimile Transmission** |
| 1001 4th Ave., Suite 3200 | ☐ | by **First Class Mail** |
| Seattle, WA 98154-1003 | ☒ | by **Hand Delivery** |
| Email: rachel@bender-law.com | ☐ | by **Overnight Delivery** |

Executed on the 27th day of June, 2018, at Seattle, Washington.

*/s Priya B. Vivian*
Priya B. Vivian, WSBA No. 51802
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: vivianp@lanepowell.com
Attorneys for Defendant Albertsons Companies, LLC, d/b/a Haggen Food and Pharmacy

CORPORATE DISCLOSURE STATEMENT - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

131730.0002/7320774.1