The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AVERY SIMMONS an individual, | No. 3:18-CV-5522-RJB |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| SAFEWAY, INC., d/b/a HAGGEN FOOD AND PHARMACY, a Delaware corporation | (CLERK'S ACTION REQUIRED) |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel of record, that all of plaintiff's claims against defendants should be dismissed pursuant to FRCP 41(a)(1)(A) with prejudice and without any costs or attorneys' fees to either party. The parties request that the Court enter the Order below consistent with this stipulation.

//
//
//
//
//
//
//
//

STIPULATION AND ORDER FOR DISMISSAL
Page 1
Case No. 3:18-CB-05522-RJB

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

1  Stipulated and agreed this 18th day of November, 2020.

2

3  By:__*s/ Aaron V. Rocke*_____          By: :_*s/ Priya Vivian*_____
      Aaron V. Rocke, WSBA No. 31525          D. Michael Reilly, WSBA No. 14674
4     Rocke | Law Group, PLLC                  Priya Vivian, WSBA No. 51802
      101 Yesler Way, Suite 603                1420 5th Avenue
5     Seattle, WA 98104                        Seattle, Washington 98101
      Telephone: (206) 652-8670                Phone: (206) 223-7051
6     Fax: (206) 452-5895                      Emails: reillym@lanepowell.com
      Email: aaron@rockelaw.com                vivianp@lanepowell.com
7     Co-Counsel for Plaintiff                 Counsel for Defendant

8

9

10 By:__*s/ Rachel Bender*_____
      Rachel Bender, WSBA No.
11    Bender Law, PLLC
      1001 Fourth Avenue, Suite 3200
12    Seattle, WA 98154
      Telephone: (206) 389-1744
13    Fax: (206) 452-5895
      Email: rachel@bender-law.com
14    Co-Counsel for Plaintiff

15

16                                   **ORDER**

17      THIS MATTER comes before the Court upon the parties' stipulation that all of plaintiff's

18 claims against defendant should be dismissed.  The Court has considered the parties' stipulated

19 motion and the materials contained in the Court's file.

20      Based on the foregoing Stipulation, IT IS HEREBY ORDERED that all of plaintiff's

21 claims against defendants should be dismissed with prejudice and without assessment by the

22 Court of costs or attorneys' fees to either party.

23 //

24 //

25 //

26 //

STIPULATION AND ORDER FOR DISMISSAL
Page 2
Case No. 3:18-CB-05522-RJB

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

Dated this 19th day of November, 2020.

ROBERT J. BRYAN
United States District Judge

*Presented by:*

ROCKE | LAW Group, PLLC

_s/ Aaron V. Rocke_____
Aaron V. Rocke, WSBA No. 31525
Rocke Law Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
Telephone: (206) 652-8670
Fax: (206-452-5895
Email: aaron@rockelaw.com
Co-Counsel for Plaintiff


Bender Law, PLLC


_s/ Rachel Bender_____
Rachel Bender, WSBA No.
Bender Law, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone: (206) 389-1744
Fax: (206) 452-5895
Email: rachel@bender-law.com
Co-Counsel for Plaintiff


*Approved as to form;*
*Notice of presentation waived by:*


_s/ Priya Vivian_____
D. Michael Reilly, WSBA No. 14674
Priya Vivian, WSBA No. 51802
1420 5th Avenue
Seattle, Washington 98101
Phone: (206) 223-7051
Emails: reillym@lanepowell.com
vivianp@lanepowell.com
Counsel for Defendan

STIPULATION AND ORDER FOR DISMISSAL
Page 3
Case No. 3:18-CB-05522-RJB

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670